**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **KAREN FINCHUM,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-cv-254 |
| ) | (Phillips/Shirley) |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| **of Social Security,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On July 29, 2008, the Honorable C. Clifford Shirley, United States Magistrate Judge, issued an eleven-page Report and Recommendation ("R&R") [Doc. 19], in which he recommended that plaintiff's Motion for Judgment on the Pleadings [Doc. 13] be denied and the Commissioner's Motion for Summary Judgment [Doc. 15] be granted. The deadline for timely objections has passed with no such objections having been filed. Accordingly, the R&R is **ACCEPTED IN WHOLE**, which the court adopts and incorporates into this ruling, whereby plaintiff's Motion for Judgment on the Pleadings [Doc. 13] is **DENIED** and the Commissioner's Motion for Summary Judgment [Doc. 15] is **GRANTED**.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge